CINCINNATI BAR ASSOCIATION *v.* GROTE.

[Cite as Cincinnati Bar Assn. *v.* Grote (1990), 50 Ohio St. 3d 156.]

(No. 89-2164—Submitted February 21, 1990—Decided April 18, 1990.)

respondent violated DR 1-102(A)(4) and 6-101(A)(3). However, we find respondent's misconduct deserving of a more severe sanction than that recommended by the board. Accordingly, respondent is hereby ordered suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

*Carolyn A. Taggart* and *Joseph L. Trauth, Jr.,* for relator.

*James N. Perry,* for respondent.